IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

BRUCE MASSEY, JR.

DOROTHY MASSEY                                                     13-11328

                                                                   CHAPTER 7

---

RESOURCEFUL ENVIRONMENTAL SERVICES, INC.

        PLAINTIFF

VS.


BRUCE MASSEY, JR.                                          ADVERSARY PROCEEDING

DOROTHY MASSEY

        DEFENDANT

                NO._____


## COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS

Comes now, Resourceful Environmental Services, Inc., by and through counsel, and files this Complaint Objecting to Discharge of Debtors pursuant to 11 U.S.C. Section 727 and Bankruptcy Rule 4004(2) and 7001(4), of the Federal Rules of Bankruptcy Procedure. In support of this Complaint, the Plaintiff would show as follows:

1. The Debtors in this case, Bruce Massey, Jr. and Dorothy Massey, recently amended their individual chapter 7 bankruptcy schedules to include invoices for Resourceful Environmental Services, Inc. The Debtors inaccurately listed the debt in the amount of $2,000.00, when in actuality the bill is in the amount of $9,372.02. At issue in this action, however, is not only the amount of the debt owed, but the fact that the debt is owed by the Limited Liability

Company owned and operated by the Masseys, "Bruce Massey Construction, LLC." See Exhibits "A", "B," and "C," incorporated herein as if fully copied in words and figures.

2. Bruce Massey Construction, LLC operating in the course of its normal business operations incurred the debts listed herein, and as such, the individuals are not entitled to a discharge of the debt.

3. Bruce Massey Construction, LLC remains liable for the debts at issue, and Plaintiff intends to continue to pursue all appropriate legal remedies to seek full payment of same.

PREMISES CONSIDERED, WHEREFORE Plaintiff prays:

a. That the Defendants be required to answer in the time allowed by law;

b. That upon a hearing in the matter, this Court deny the discharge of the debtors;

c. That the Court grant such other relief as is just and proper.

RESPECTFULLY SUBMITTED,

/S/ Melissa A. Harrison

MELISSA A. HARRISON
Counsel for Plaintiff
P.O. Box 468
Ripley, MS 38663
Ripley, MS 38663
(662) 837-6180
(662) 837-7535 facsimile
mharrison@melissaharrisonlaw.com
MS Bar #100046

# Statement

**RESOURCEFUL ENVIRONMENTAL SERVICES, INC**  
PO BOX 598  
RIPLEY, MS 38663  
RETURN SERVICE REQUESTED  
888-839-2830

Sun Sep 1, 2013

11837

**Please Pay: $9,372.02**  
LOCATION:    Page 1

MASSEY CONSTRUCTION  
PO BOX 1293  
OXFORD, MS 38655-1293

MASSEY CONSTRUCTION

OXFORD, MS 38655

Terms: Due in 10 days  
Resourceful Environmental Services, INC    Acct# 11837    Location: , OXFORD, MS

| Date | Description | Ref | Ticket | Amount |
|---|---|---|---|---|
| | Balance as of 7/1/13 : | | | $7,583.50 |
| 7/9/13 | 30 YARD CONTAINER | R220 30 | Tkt: 121172 | $265.00 |
| 7/9/13 | Landfill Tax | R220 30 | Tkt: 121172 | $10.50 |
| 7/9/13 | Drop Fee | R640 20 | | $75.00 |
| 7/9/13 | Drop Fee | R441 20 | | $75.00 |
| 7/15/13 | 30 YARD CONTAINER | R420 30 | Tkt: 125743 | $265.00 |
| 7/15/13 | Landfill Tax | R420 30 | Tkt: 125743 | $10.50 |
| 7/16/13 | Payment | #2382 | | $-275.00 |
| 7/20/13 | 20 YARD CONTAINER | R640 20 | Tkt: 125073 | $250.00 |
| 7/20/13 | Landfill Tax | R640 20 | Tkt: 125073 | $7.00 |
| 7/20/13 | 20 YARD CONTAINER | R441 20 | Tkt: 125074 | $250.00 |
| 7/20/13 | Landfill Tax | R441 20 | Tkt: 125074 | $7.00 |
| 7/22/13 | Drop Fee | R10 20 | | $100.00 |
| 7/29/13 | Invoice | 53480 | $1,315.00 | |
| 8/1/13 | 40 YARD CONTAINER | R488 30 | Tkt: 123472 | $325.00 |
| 8/1/13 | Landfill Tax | R488 30 | Tkt: 123472 | $14.00 |
| 8/1/13 | 30 YARD CONTAINER | R420 30 | Tkt: 126619 | $265.00 |
| 8/1/13 | Landfill Tax | R420 30 | Tkt: 126619 | $10.50 |
| 8/2/13 | 20 YARD CONTAINER | R436 20 | Tkt: 125761 | $250.00 |
| 8/2/13 | Landfill Tax | R436 20 | Tkt: 125761 | $7.00 |
| 8/10/13 | 30 YARD CONTAINER | R541 30 | Tkt: 126659 | $265.00 |
| 8/10/13 | Landfill Tax | R541 30 | Tkt: 126659 | $10.50 |
| 8/13/13 | 20 YARD CONTAINER | R10 20 | Tkt: 126666 | $250.00 |
| 8/13/13 | Landfill Tax | R10 20 | Tkt: 126666 | $7.00 |
| 8/15/13 | Invoice | 53933 | $1,404.00 | |
| 8/16/13 | Toilet Rental | 8/14- 8/31 042 | | $41.14 |
| 8/17/13 | Drop Fee | R403 30 | | $75.00 |
| 8/19/13 | Payment | #1121 | | $-275.00 |
| 8/19/13 | Payment | #1139 | | $-775.00 |
| 8/19/13 | 30 YARD CONTAINER | R541 30 | Tkt: 127039 | $265.00 |
| 8/19/13 | Landfill Tax | R541 30 | Tkt: 127039 | $10.50 |
| | Sales Tax: | | | $2.88 |
| | | | **Balance Due:** | **$9,372.02** |



EXHIBIT A

# Statement

**RESOURCEFUL ENVIRONMENTAL SERVICES, INC**  
PO BOX 598  
RIPLEY, MS  38663  
RETURN SERVICE REQUESTED  
888-839-2830

Sun Sep 1, 2013

11837

**Please Pay: $9,372.02**  
LOCATION:            Page  2

MASSEY CONSTRUCTION  
PO BOX 1293  
OXFORD, MS  38655-1293

MASSEY CONSTRUCTION

OXFORD, MS  38655

Terms: Due in 10 days  
Resourceful Environmental Services, INC        Acct# 11837        Location: , OXFORD, MS

Grand Total:            $9,372.02



**Search Results Include Filings Through 10/16/2013 12:00 AM**

Search
- By Business Name
- By Business ID
- By Officer Name
- By Registered Agent
- New Corporations
   Annual Report
- File Corporate Annual Report
- File LLC Annual Report
   Verification
- Verify Certification
   Online Orders
- Register for Online Orders
- Order Good Standing
   Miscellaneous
- Look Up an SIC





Date: 10/18/2013     **View Filed Documents**
Name History

| Name | Name Type |
|---|---|
| Bruce Massey Construction, LLC | Legal |

**Limited Liability Company - Domestic - Information**

| | |
|---|---|
| Business ID: | 891455 |
| Status: | Good Standing |
| Creation Date: | 5/3/2006 |
| State of Incorporation: | MS |
| Principal Office Address: | 2084 OLD TAYLOR ROAD, SUITE 110 OXFORD MS 38655 |
| Listing Address: | No Address |

**Registered Agent**

| | |
|---|---|
| Agent Name: | Massey, Bruce |
| Office Address: | 2084 Old Taylor Road, Ste 110 PO Box 1293 Oxford MS 38655 |
| Mailing Address: | |

**Officers & Directors**

---

Home | Accessibility Policy | Contact Us | E-mail Us | Links | Search

Copyright © 2013 Mississippi Secretary of State. All rights reserved.
Due to the use of DHTML and Java, this Web site is optimized for Microsoft Internet Explorer 5+ or Netscape 6+.



EXHIBIT B

Business ID: 891455
Date Filed: 05/03/2006 08:00 AM
Eric Clark
Secretary of State

F0100 - Page 1 of 2

OFFICE OF THE MISSISSIPPI
P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333

**Certificate of Formation**



The undersigned, pursuant to Senate Bill No. 2395, Chapter 402, Laws of 1994, hereby executes the following document and sets forth:

**1. Name of the Limited Liability Company**

Bruce Massey Construction, LLC

**2. The future effective date is (Complete if applicable)**

5/1/06

**3. Federal Tax ID**

**4. Name and Street Address of the Registered Agent and Registered Office is**

Name: Bruce Massey

Physical Address: 719 S. 8th St. Apt #4

P.O. Box: PO 1293

City, State, ZIP5, ZIP4: Oxford, MS 38655

**5. If the Limited Liability Company is to have a specific date of dissolution, the latest date upon which the Limited Liability Company is to dissolve**

**6. Is full or partial management of the Limited Liability Company vested in a manager or managers? (Mark appropriate box)**

[ ] Yes     [X] No

**7. Other matters the managers or members elect to include**

※ Only Bruce Massey

Rev. 01/96

EXHIBIT C

F0100 - Page 2 of 2          OFFICE OF THE MISSISSIPPI SECRETARY OF STATE
                             P.O. BOX 136, JACKSON, MS 39205-0136    (601) 359-1333
                                        **Certificate of Formation**

By: Signature                                              *(Please keep writing within blocks)*

                        [signature: Bruce Massey]

Printed Name   Bruce Massey              Title   Owner

Street and Mailing Address

Physical Address:   719 S. 8th St. # 4

P.O. Box:   1293

City, State, ZIP5, ZIP4:   Oxford    MS   38655

By: Signature                                              *(Please keep writing within blocks)*

                        [signature: Bruce Massey]

Printed Name   Bruce Massey              Title   Owner

Street and Mailing Address

Physical Address:   719 S. 8th St # 4

P.O. Box:   1293

City, State, ZIP5, ZIP4:   Oxford    MS   38655

1020037515

Rev. 01/96